# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Garrison William Gibson, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-172 JMB/DJF |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Garrison G. from custody <u>immediately</u>, subject to and in accordance with the conditions in his preexisting Order of Supervision dated July 2, 2021.

2. On or before <u>4:00 p.m. CT on January 16, 2026</u>, Respondents shall provide the Court with a status update affirming that Petitioner was released from custody in accordance with this Order.

3. Garrison G. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. **<u>Respondents are prohibited from arresting or re-detaining Garrison G. related to any immigration proceedings without first complying with all regulations that, as set forth above, apply to a decision to revoke orders of supervision.</u>**

5. As to other forms of relief requested, the Petition is DENIED.

Date: 1/17/2026                                                   KATE M. FOGARTY, CLERK