UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Garrison G.,[1]

    Petitioner,

v.

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *U.S. Department of Homeland Security, Secretary*; Todd M. Lyons, *U.S. Immigration & Customs Enforcement, Acting Director*; Marcos Charles, *Enforcement and Removal Operations, Acting Executive Associate Director*,

    Respondents.

File No. 26-CV-00172 (JMB/DJF)

**ORDER**

---

This matter is before the Court on the Stipulation to resolve Petitioner Garrison G.'s pending motion (Doc. No. 12) for an award of attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 18.) In the Stipulation, the parties agree that Garrison G. is the prevailing party in this action. (*Id.* at 1.) They further agree that Respondents shall pay a sum of $9,334 in attorneys' fees to Garison G.'s counsel within thirty days of the later of the Court's entry of this Order or the restoration of appropriations to the Department of Homeland Security. (*Id.*)

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT Respondents shall pay $9,334 to Garrison G.'s counsel

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental party in immigration cases.

1

within thirty days of the later of either the Court's entry of this Order or the restoration of appropriations to the Department of Homeland Security.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 2, 2026                           /s/ *Jeffrey M. Bryan*
                                               Judge Jeffrey M. Bryan
                                               United States District Court