# UNITED STATES DISTRICT COURT
## District of Minnesota

Garrison William Gibson,

**JUDGMENT IN A CIVIL CASE**

Petitioner(s),

v.

Case Number: 26-cv-172 JMB/DJF

Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles,

Respondent(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Respondents shall pay $9,334 to Garrison G.'s counsel within thirty days of the later of either the Court's entry of this Order or the restoration of appropriations to the Department of Homeland Security.

Date: 3/3/2026

KATE M. FOGARTY, CLERK